# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 573 EAL 2018

                Respondent

                v.

ARNOLD P. NELSON,

                Petitioner

Petition for Allowance of Appeal from the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 8th day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.